**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

JOSEPH FERRARO,

                Plaintiff,

           v.                             Civil Action No.: 17-cv-5005

BOSTON MARKET CORPORATION,

                Defendant.

-------------------------------------------------------------------X

## **CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Boston Market Corporation certifies that Boston Market Corporation is not a publicly traded corporation and no publicly held parent corporation owns 10% or more of Defendant's stock.

Dated: New York, New York
January 18, 2018

                                                  Yours, etc.

                                                  MARTIN CLEARWATER & BELL LLP

                                          By: **/s/ Gregory B. Reilly**
                                                  Gregory B. Reilly, Esq.
                                                  *Attorneys for Defendant*
                                                  220 East 42nd Street
                                                  New York, NY 10017
                                                  (212) 697-3122